BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation** | **MDL Docket No. 3140** |

# PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Actions of Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC and Schedule of Actions were served on all parties by email or U.S. Postal Service on February 11, 2025.

*Served by certified mail:*

Clerk of Court
Southern District of Illinois
Melvin Price Federal Building and U.S. Courthouse
750 Missouri Avenue
East Saint Louis, IL 62201

Clerk of Court
Northern District of Indiana
102 Federal Building
204 S Main Street
South Bend, IN 16601

Clerk of Court
Central District of California, Western Division
First Street U.S. Courthouse
350 W 1st St
Suite 4311
Los Angeles, CA 90012-4565

Clerk of Court
Central District of California, Southern Division

Ronald Reagan Federal Building and U.S. Courthouse
411 West 4th St., Room 1053
Santa Ana, CA 92701-4516

Clerk of Court
Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Clerk of Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Clerk of Court
Bryan Simpson U.S. Courthouse
Middle District of Florida
300 North Hogan Street
Jacksonville, Florida 32202

Clerk of Court
Middle District of Georgia
U.S. Post Office & Court House
PO Box 124
Columbus, GA 31902

Clerk of Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Clerk of Court
District of Nebraska
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE  68102

Clerk of Court
Eastern District of Louisiana
U.S. Courthouse
Room C-151

500 Poydras Street
New Orleans, LA  70130

Clerk of Court
California Northern District
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Walgreens Co., Inc.
108 Wilmot Road
MS #2020
Deerfield, IL 600015
**Defendant**

*Served by email and certified mail*:

Eric T. Chaffin
Kendra Y. Goldhirsch
Roopal P. Luhana
Chaffin Luhana, LLP
600 Third Avenue, 12th Floor
New York, NY 10016
888-480-1123
chaffin@chaffinluhana.com
goldhirsch@chaffinluhana.com
luhana@chaffinluhana.com
**Counsel for Plaintiffs: Rebecca Beutler and Marty Beutler**

Meghan A. Sonenberg
Berry Law Firm - Lincoln
6940 O Street
Suite 400
Lincoln, NE 68510
P: 402-730-4018
meghan.sonenberg@berrylaw.com
**Counsel for Plaintiffs: Rebecca Beutler and Marty Beutler**

Miriam Fresco Agrait
Rubenstein Law, P.A.
9155 South Dadeland Boulevard
Suite 1600
Miami, FL 33156
P: 305-661-6000
MFAgrait@rubensteinlaw.com
**Counsel for Plaintiff: Limura Barreto**

David Cates
The Cates Law Firm, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226
P: (618) 277-3644
F: (618) 277-7882
dcates@cateslaw.com
**Counsel for Plaintiff: Vicki Daniels**

John James Snidow
Ashley Keller
Keller Postman LLC
1101 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 200036
P: (202) 918-3502
F: (312) 971-3502
jj.snidow@kellerpostman.com
ack@kellerpostman.com
**Counsel for Plaintiff: Vicki Daniels**

Maria Fleming
Napoli Shkolnik PLLC
360 Lexington Ave., Floor 11
New York, NY 10017
P: 212-397-1000
mfleming@napolilaw.com
**Counsel for Plaintiff: Danielle Sirkin**

Rebeca Martinez Sicari
NS PR Law Services LLC dba Napoli Shkolnik
1302 Ave Ponce de Leon
Santurce, PR 00907
P: 787-234-4516
rmartinez@nsprlaw.com
**Counsel for Plaintiff: Veronica Dykes**

Cale H Conley
4200 Northside Parkway, NW
Bldg One, Ste 300
Atlanta, GA 30327
P: 404-467-1155
F: 404-467-1166
cale@conleygriggs.com
**Counsel for Plaintiff: Tiffany Starling**

Gary C. Pinter
Swanson, Martin & Bell, LLP
103 West Vandalia Street
Suite 215
Edwardsville, IL 62025
P: 618-655-3131
F: 618-655-3113
gpinter@smbtrials.com
**Counsel for Defendants: Viatris Inc, and Greenstone LLC**

Thomas R Schultz
Schultz & Pogue LLP
520 Indiana Ave
Indianapolis, IN 46202
P: 317-262-1000
F: 317-262-9000
tschultz@schultzpoguelaw.com
**Counsel for Defendants: Viatris Inc, and Greenstone LLC**

*Served by email:*

D. Bruce Kehoe
Emily K Chimenti
William K Winingham
Wilson, Kehoe, Winingham LLC
2859 North Meridian Street
Indianapolis, IN 46208
P: (317) 920-6400
F: (317) 920-6405
kehoe@wkw.com
echimenti@wkw.com
kwiningham@wkw.com
**Counsel for Plaintiffs: Amanda Hollinger, Lisa Curry**

Paige Boldt
Anapol Weiss
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
P: (424) 419-1634
pboldt@anapolweiss.com
**Counsel for Plaintiffs: Evette Sandoval and Jon Peters, Lisa Fabrizio**

Tracy Ann Finken
Anapol Weiss
One Logan Square

130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
P: (215) 735-1130
F: (215) 875-7731
tfinken@anapolweiss.com
**Counsel for Plaintiffs: Evette Sandoval and Jon Peters, Lisa Fabrizio, Jennifer Burbidge and Anthon Burbridge, Ericka Garcia and Marco Garcia**

Jennifer M. Hoekstra
Aylstock, Witkin, Kreis & Overholtz
17 E Main Street
Suite 200
Pensacola, FL 32502
P: 850-202-1010
F: 850-916-7449
jhoekstra@awkolaw.com
**Counsel for Plaintiff: Trish Stevenson**

Paul J. Cosgrove
Megan B. Gramke
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
P: 513-698-5034
F: 513-698-5035
pcosgrove@UBGLaw.com
mgramke@ubglaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
P: 412-263-1816
cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Respectfully submitted,

Dated: February 11, 2025  */s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Tel. (202) 434-5000
Fax (202) 434-5029
Jpetrosinelli@wc.com

*Attorney for Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC*